| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Turner N. Falk, Esquire<br>1735 Market Street, Suite 3400<br>Philadelphia, PA 19103<br>Telephone: (215) 972-8415<br>E-mail: turner.falk@saul.com<br>*Counsel to Ferrari Financial Services, Inc.* | |
| In re:<br><br>JOSE E. COLLADO,<br><br>Debtor. | Chapter 7<br><br>Case No. 26−18560−SLM<br><br>Judge Stacey L. Meisel |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of **Ferrari Financial Services, Inc.** Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Saul Ewing LLP
Attn: Turner N. Falk
1735 Market Street, Suite 3400
Philadelphia, PA 19103
Tel: (215) 972-8415
E-mail: turner.falk@saul.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: August 26, 2026

**SAUL EWING LLP**

By: */s/ Turner N. Falk*
Turner N. Falk, Esquire
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
E-mail: turner.falk@saul.com
*Counsel for Ferrari Financial Services, Inc.*