NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET
CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

| | |
|---|---|
| NAME OF CASE: | Jose E. Collado |
| CASE NUMBER: | 26-18560-SLM |
| AMOUNT OF FUNDS ON HAND: | $0 |

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

| | |
|---|---|
| ACTUAL VALUE: | Unknown |
| ESTIMATED VALUE: | Unknown |

OTHER INFORMATION RELATING TO STATUS OF THE CASE:

SIGNATURE OF TRUSTEE /s/ Steven P. Kartzman

NAME OF TRUSTEE STEVEN P. KARTZMAN DATE: August 26, 2026