**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| | |
|---|---|
| **CASE NUMBER:** 26−18560−SLM | **DATE FILED::** 7/29/26 |
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Jose E Collado<br>xxx−xx−9525 | **ADDRESS OF DEBTOR(S):**<br><br>295 Wilson Ave<br>Twp. of Washington, NJ 07676 |
| DEBTOR'S ATTORNEY:<br>Benjamin A. Stanziale Jr.<br>Stanziale & Stanziale, P.C.<br>2839 Route 10<br>Suite 102<br>Morris Plains, NJ 07950<br><br>973−731−9393 | TRUSTEE:<br>Steven P. Kartzman<br>Mellinger Kartzman LLC<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950<br>973−267−0220 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

11/24/26

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: August 27, 2026

FOR THE COURT
Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-18560-SLM

Jose E Collado Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4

Date Rcvd: Aug 27, 2026 Form ID: noa Total Noticed: 87

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose E Collado, 295 Wilson Ave, Twp. of Washington, NJ 07676-4728 |
| 521309456 | + | AmeriCredit Financial Services, d/b/a GM Financial, Hinshaw & Culbertson LLP, 111 Wood Avenue, Suite 210, Iselin, NJ 08830-2700 |
| 521309458 | | AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box, Arlington, TX 76096 |
| 521309464 | + | Argonaut Holdings, LLC, 6733 South Yale Ave, Tulsa, OK 74136-3302 |
| 521309465 | + | Atlus Acquisitions, LLC, on Behalf of Libertas Funding, LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666-1713 |
| 521309466 | | Autotrader.com, PO Box 932207, Atlanta, GA 31193-2207 |
| 521309467 | + | Avanza Capital Holdings, LLC, 3261 Richmond Ave, Suite 121, Staten Island, NY 10312-2123 |
| 521309472 | + | CAPTTAL.COM, C/O NY CITY MASHAL STEPHINE BIEGEL, 109 West 38th street, Suite 200, New York, NY 10018-3644 |
| 521309471 | + | CapitalDomain LLC, 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 521309473 | + | Capytal.com, 17 State Street, Suite 1800, New York, NY 10004-1600 |
| 521309474 | + | Casa Capital, 36 Leonard Street, Wading River, NY 11792-1608 |
| 521309476 | + | Chanel Equipment Finance, 10900 Wayzata Blvd, Suite 300, Hopkins, MN 55305-1576 |
| 521309482 | + | Dealer Capital Group LLC, 67 Crystal Ave, Floor 2, Avenel, NJ 07001-1125 |
| 521309484 | + | Dirton Husaj and Aferdita Muriqui, c/o Michael F. Niznik, Esq, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 521309487 | + | EN OD CAPITAL, c/o Madeb Law, PLLC, 2415 Coney island aVE, 2ND fLOOR, Brooklyn, NY 11223-5021 |
| 521309489 | + | Ferrari Finacial Services, Inc., 6400 Main Street, Buffalo, NY 14221-5858 |
| 521309492 | + | GM Protections, LLC, C/O K. Straub, Hinshaw & Culbertson LLP, 111 Wood Avenue South, Suite 210, Iselin, NJ 08830-2700 |
| 521309491 | + | Galinn Fund LLC, 3 Interational Drive, Suite 205, White Plains, NY 10573-7501 |
| 521309495 | + | Internal Revenue Service, c/o Attorney General, US Dept of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 521309496 | + | Kapfi Equity, LLC, One Battery Park Plaza, 1 Battery Pl., New York, NY 10004-1412 |
| 521309497 | + | Kapfi Equity, LLC, 17032 Minos Conaway Road, Lewes, DE 19958-3808 |
| 521309498 | + | Key Control Holding, Inc. dba KeyTrak, 6700 Hollister Street, Houston, TX 77040-5331 |
| 521309501 | + | Marc & Tina Stubbs, 606 Penn Ave, Teaneck, NJ 07666-1609 |
| 521309502 | + | Michael Johnson, Esq., Piekarski Law PLLC, 17 State Street, Suite 1800, New York, NY 10004-1600 |
| 521309504 | + | Mint Funding, 1274 49th Street, Suite 266, Brooklyn, NY 11219-3011 |
| 521309506 | + | NCM Associates, PO Box 840080, Kansas City, MO 64184-0080 |
| 521309505 | | Natinal Credit Center, PO Box 949183, Los Angeles, CA 90084-9183 |
| 521309508 | | Piney Bowes, PO Box 981026, Boston, MA 02298-1026 |
| 521309509 | | Premier Wired Solutions, PO Box 2287, Edison, NJ 08818-2287 |
| 521309510 | + | Progressive Marketing Dynamics, 611 Main Street, Boonton, NJ 07005-1717 |
| 521309511 | + | Progressive Marketing Dynamics, LLC, PMD, C/O Joe Levine, 611 Main Street, Boonton, NJ 07005-1717 |
| 521309512 | + | Rapid Recon, 2035 Lakeside Centre Way, Suite 100, Knoxville, TN 37922-6593 |
| 521309513 | + | Reyna Capital Corporation, 6700 Hollister Street, Houston, TX 77040-5331 |
| 521309514 | + | Reyna Capital Corporation, 1 Reynolds Way, Kettering, OH 45430-1586 |
| 521309517 | + | Specmo, Inc., 1200 E. Avis, Madison Heights, MI 48071-1507 |
| 521309518 | | State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 521309520 | + | Stephen Ray, 69 Madison Steet, Iselin, NJ 08830-1916 |
| 521309521 | + | Strolid, 1 Stiles Road, Suite 203, Salem, NH 03079-4804 |
| 521309525 | | Truecar Inc., Dept. La 24198, Pasadena, CA 91185-4198 |
| 521309529 | + | US Auto Force, PO Box 830841, Philadelphia, PA 19182-0841 |
| 521309531 | #+ | US Venture Inc., 425 Better Way, Appleton, WI 54915-6192 |
| 521309528 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

| | | |
|---|---|---|
| 521309532 | + | V Auto, PO Box 935202, Atlanta, GA 31193-5202 |
| 521309533 | + | Vehicle Outfitters, 267 Southbridge Road, Charlton, MA 01507-5241 |
| 521309534 | + | Vinsolutions, PO Box 935595, Atlanta, GA 31193-5595 |
| 521309536 | + | Vumo Al Ltd, 28 Forst Ave, Old Greenwich, CT 06870-1522 |
| 521309540 | + | Wf Bank Na, Attn: Bankruptcy, P.O.Box 51193, Los Angeles, CA 90051-5493 |
| 521309541 | + | World Wide Consultatnt, 39 East 39th Street, Suite 5L, Paterson, NJ 07514-1163 |
| 521309542 | + | Xtime LLC, PO Box 6129, New York, NY 10249-6129 |
| 521309543 | + | Yellow Wagon Landscaping, 520 Main Street, Suite 200, Fort Lee, NJ 07024-4501 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521309457 | | EDI: PHINAMERI.COM | Aug 28 2026 01:16:00 | AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521310079 | | EDI: ATLASACQU | Aug 28 2026 01:16:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 521309468 | | Email/Text: support@aven.com | Aug 27 2026 21:49:00 | Aven/coastal Community, 548 Market Streeet, #99555, San Francisco, CA 94104-5401 |
| 521309453 | + | Email/Text: ndiv.bkrpt.notice@airgas.com | Aug 27 2026 21:49:00 | Airgas USA, LLC, 6055 Rockside Woods Blvd, Independence, OH 44131-2301 |
| 521309454 | + | Email/Text: bkfilings@zwickerpc.com | Aug 27 2026 21:50:00 | American Express Natinal Bank, c/o Zwicker and Associates, P.C., PO Box 9043, Andover, MA 01810-0943 |
| 521309455 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 21:45:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 521309463 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 21:45:46 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521309469 | | EDI: BANKAMER | Aug 28 2026 01:16:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521309470 | + | EDI: CAPITALONE.COM | Aug 28 2026 01:16:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521309475 | + | EDI: CITICORP | Aug 28 2026 01:16:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 521309477 | + | EDI: JPMORGANCHASE | Aug 28 2026 01:16:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521309478 | + | EDI: CITICORP | Aug 28 2026 01:16:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521309480 | + | EDI: CITICORP | Aug 28 2026 01:16:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 521309481 | + | EDI: CITICORP | Aug 28 2026 01:16:00 | Citibank NA, Attn: Bankruptcy Dept, P.O. Box 760937, San Antonio, TX 78245-0937 |
| 521309500 | | EDI: CITICORP | Aug 28 2026 01:16:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 521309485 | + | EDI: DISCOVERPL | Aug 28 2026 01:16:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 521309486 | + | EDI: DISCOVER | Aug 28 2026 01:16:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |

| | | | | |
|---|---|---|---|---|
| 521309488 | | Email/Text: commercialbankruptcy@everonsolutions.com | Aug 27 2026 21:49:00 | Everon, LLC, 4221 W John Carpenter Fwy, Irving, TX 75063 |
| 521309490 | + | Email/Text: bankruptcy@fultonbank.com | Aug 27 2026 21:50:00 | Fulton Bank, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 521309493 | | EDI: IRS.COM | Aug 28 2026 01:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521309499 | | Email/Text: customer.service@libertasfunding.com | Aug 27 2026 21:48:00 | Libertas Funding, 411 West Putnam Ave, Suite 220, Greenwich, CT 06830 |
| 521309503 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2026 21:49:00 | Midland Funding, PO Box 939069, San Diego, CA 92193-9069 |
| 521309507 | ^ | MEBN | Aug 27 2026 21:41:01 | Otis Elevator Company, PO Box 13716, Newark, NJ 07188-0716 |
| 521309515 | ^ | MEBN | Aug 27 2026 21:41:11 | Roundpoint Mortgage, PO Box 985, Mount Airy, NC 27030-0985 |
| 521309516 | + | Email/Text: bk@szjlaw.com | Aug 27 2026 21:48:00 | Santander Counsumer USA Inc., 2860 Patton Road, Saint Paul, MN 55113-1100 |
| 521309519 | ^ | MEBN | Aug 27 2026 21:40:28 | State of New Jersey, Office of the Attorney General, Attn Joanne Wilson, Paralegal, PO Box 119, Trenton, NJ 08625-0119 |
| 521309522 | + | Email/Text: cburton@4-superior.com | Aug 27 2026 21:49:00 | Superiro Intergated Solutions, 2147 State Rt. 27, Suite 113, Edison, NJ 08817-3365 |
| 521309523 | + | EDI: SYNC | Aug 28 2026 01:16:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521309524 | + | EDI: SYNC | Aug 28 2026 01:16:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521309530 | + | Email/Text: bankruptcynotices@sba.gov | Aug 27 2026 21:48:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |
| 521309526 | + | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2026 21:49:00 | United State Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 521309535 | | Email/Text: bankruptcy@visionsfcu.org | Aug 27 2026 21:48:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Avenue, Endicott, NY 13760 |
| 521309537 | + | EDI: WFFC2 | Aug 28 2026 01:16:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 521309538 | + | EDI: WFFC2 | Aug 28 2026 01:16:00 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 521309539 | + | EDI: WFFC2 | Aug 28 2026 01:16:00 | Wells Fargo/Bob's Discount Furniture, Wells Fargo Bank, N.A., Attn: Bankrtuptc, P.O. Box 522, Des Moines, IA 50306-0522 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521309461 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521309462 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521309459 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521309460 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address |

| | | |
|---|---|---|
| | | filed with court:, AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521309479 | *+ | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521309483 | *+ | Dealer Capital Group LLC, 67 Crystal Ave, Floor 2, Avenel, NJ 07001-1125 |
| 521309494 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Section, PO Box 724, Springfield, NJ 07081-0744 |
| 521309527 | *+ | United State Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Debtor Jose E Collado ben@stanzialelaw.com |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Turner Falk | on behalf of Creditor Ferrari Financial Services Inc. turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5