Certificate Number: 15317-NJ-DE-041559228

Bankruptcy Case Number: 26-18560

15317-NJ-DE-041559228

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2026, at 11:47 o'clock AM PDT, Jose E Collado completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 14, 2026

By: /s/Christel Raz

Name: Christel Raz

Title: Counselor