**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jose E Collado<br>First Name Middle Name Last Name | Social Security number or ITIN<br>EIN | xxx–xx–9525<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN<br>EIN | _ _ _ _<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 26–18560–SLM | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose E Collado

10/30/26

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-18560-SLM

Jose E Collado Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4

Date Rcvd: Oct 30, 2026 Form ID: 318 Total Noticed: 93

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose E Collado, 295 Wilson Ave, Twp. of Washington, NJ 07676-4728 |
| 521309456 | + | AmeriCredit Financial Services, d/b/a GM Financial, Hinshaw & Culbertson LLP, 111 Wood Avenue, Suite 210, Iselin, NJ 08830-2700 |
| 521309458 | | AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box, Arlington, TX 76096 |
| 521309464 | + | Argonaut Holdings, LLC, 6733 South Yale Ave, Tulsa, OK 74136-3302 |
| 521309465 | + | Atlus Acquisitions, LLC, on Behalf of Libertas Funding, LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666-1713 |
| 521309466 | | Autotrader.com, PO Box 932207, Atlanta, GA 31193-2207 |
| 521309467 | + | Avanza Capital Holdings, LLC, 3261 Richmond Ave, Suite 121, Staten Island, NY 10312-2123 |
| 521309472 | + | CAPTTAL.COM, C/O NY CITY MASHAL STEPHINE BIEGEL, 109 West 38th street, Suite 200, New York, NY 10018-3644 |
| 521309471 | + | CapitalDomain LLC, 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 521309473 | + | Capytal.com, 17 State Street, Suite 1800, New York, NY 10004-1600 |
| 521309474 | + | Casa Capital, 36 Leonard Street, Wading River, NY 11792-1608 |
| 521407879 | + | Casa Capital D/B/A Casa Capital, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 521309476 | + | Chanel Equipment Finance, 10900 Wayzata Blvd, Suite 300, Hopkins, MN 55305-1576 |
| 521309482 | + | Dealer Capital Group LLC, 67 Crystal Ave, Floor 2, Avenel, NJ 07001-1125 |
| 521309484 | + | Dirton Husaj and Aferdita Muriqui, c/o Michael F. Niznik, Esq, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 521309487 | + | EN OD CAPITAL, c/o Madeb Law, PLLC, 2415 Coney island aVE, 2ND fLOOR, Brooklyn, NY 11223-5021 |
| 521309489 | + | Ferrari Finacial Services, Inc., 6400 Main Street, Buffalo, NY 14221-5858 |
| 521309492 | + | GM Protections, LLC, C/O K. Straub, Hinshaw & Culbertson LLP, 111 Wood Avenue South, Suite 210, Iselin, NJ 08830-2700 |
| 521309491 | + | Galinn Fund LLC, 3 Interational Drive, Suite 205, White Plains, NY 10573-7501 |
| 521309495 | + | Internal Revenue Service, c/o Attorney General, US Dept of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 521401827 | + | Kapfi Equity LLC, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 521309496 | + | Kapfi Equity, LLC, One Battery Park Plaza, 1 Battery Pl., New York, NY 10004-1412 |
| 521309497 | + | Kapfi Equity, LLC, 17032 Minos Conaway Road, Lewes, DE 19958-3808 |
| 521309498 | + | Key Control Holding, Inc. dba KeyTrak, 6700 Hollister Street, Houston, TX 77040-5331 |
| 521309501 | + | Marc & Tina Stubbs, 606 Penn Ave, Teaneck, NJ 07666-1609 |
| 521309502 | + | Michael Johnson, Esq., Piekarski Law PLLC, 17 State Street, Suite 1800, New York, NY 10004-1600 |
| 521309504 | + | Mint Funding, 1274 49th Street, Suite 266, Brooklyn, NY 11219-3011 |
| 521309506 | + | NCM Associates, PO Box 840080, Kansas City, MO 64184-0080 |
| 521309505 | | Natinal Credit Center, PO Box 949183, Los Angeles, CA 90084-9183 |
| 521309508 | | Piney Bowes, PO Box 981026, Boston, MA 02298-1026 |
| 521309509 | | Premier Wired Solutions, PO Box 2287, Edison, NJ 08818-2287 |
| 521309510 | + | Progressive Marketing Dynamics, 611 Main Street, Boonton, NJ 07005-1717 |
| 521309511 | + | Progressive Marketing Dynamics, LLC, PMD, C/O Joe Levine, 611 Main Street, Boonton, NJ 07005-1717 |
| 521309512 | + | Rapid Recon, 2035 Lakeside Centre Way, Suite 100, Knoxville, TN 37922-6593 |
| 521309513 | + | Reyna Capital Corporation, 6700 Hollister Street, Houston, TX 77040-5331 |
| 521309514 | + | Reyna Capital Corporation, 1 Reynolds Way, Kettering, OH 45430-1586 |
| 521309517 | + | Specmo, Inc., 1200 E. Avis, Madison Heights, MI 48071-1507 |
| 521309518 | | State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 521309520 | + | Stephen Ray, 69 Madison Steet, Iselin, NJ 08830-1916 |
| 521309521 | + | Strolid, 1 Stiles Road, Suite 203, Salem, NH 03079-4804 |
| 521309525 | | Truecar Inc., Dept. La 24198, Pasadena, CA 91185-4198 |
| 521309529 | + | US Auto Force, PO Box 830841, Philadelphia, PA 19182-0841 |

| | | |
|---|---|---|
| 521309531 | #+ | US Venture Inc., 425 Better Way, Appleton, WI 54915-6192 |
| 521309528 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 521309532 | + | V Auto, PO Box 935202, Atlanta, GA 31193-5202 |
| 521309533 | + | Vehicle Outfitters, 267 Southbridge Road, Charlton, MA 01507-5241 |
| 521309534 | + | Vinsolutions, PO Box 935595, Atlanta, GA 31193-5595 |
| 521309536 | + | Vumo Al Ltd, 28 Forst Ave, Old Greenwich, CT 06870-1522 |
| 521309540 | + | Wf Bank Na, Attn: Bankruptcy, P.O.Box 51193, Los Angeles, CA 90051-5493 |
| 521309541 | + | World Wide Consultatnt, 39 East 39th Street, Suite 5L, Paterson, NJ 07514-1163 |
| 521309542 | + | Xtime LLC, PO Box 6129, New York, NY 10249-6129 |
| 521309543 | + | Yellow Wagon Landscaping, 520 Main Street, Suite 200, Fort Lee, NJ 07024-4501 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Oct 31 2026 00:54:00 | Mellinger Kartzman LLC, Mellinger Kartzman LLC, 101 Gilbraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2026 00:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 31 2026 00:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521309457 | | EDI: PHINAMERI.COM | Oct 31 2026 05:18:00 | AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521310079 | | EDI: ATLASACQU | Oct 31 2026 05:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 521309468 | | Email/Text: support@aven.com | Oct 31 2026 00:54:00 | Aven/coastal Community, 548 Market Streeet, #99555, San Francisco, CA 94104-5401 |
| 521309453 | + | Email/Text: ndiv.bkrpt.notice@airgas.com | Oct 31 2026 00:55:00 | Airgas USA, LLC, 6055 Rockside Woods Blvd, Independence, OH 44131-2301 |
| 521309454 | + | Email/Text: bkfilings@zwickerpc.com | Oct 31 2026 00:55:00 | American Express Natinal Bank, c/o Zwicker and Associates, P.C., PO Box 9043, Andover, MA 01810-0943 |
| 521309455 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 01:01:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 521309463 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 01:01:42 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521309469 | | EDI: BANKAMER | Oct 31 2026 05:18:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521309470 | + | EDI: CAPITALONE.COM | Oct 31 2026 05:18:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521361157 | + | EDI: AIS.COM | Oct 31 2026 05:18:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521309475 | + | EDI: CITICORP | Oct 31 2026 05:18:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 521309477 | + | EDI: JPMORGANCHASE | Oct 31 2026 05:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521309478 | + | EDI: CITICORP | Oct 31 2026 05:18:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521309480 | + | EDI: CITICORP | Oct 31 2026 05:18:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 521358379 | | EDI: CITICORP | Oct 31 2026 05:18:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate |

| | | | | |
|---|---|---|---|---|
| | | | | Pl, Sioux Falls, SD 57108-5027 |
| 521309481 | + | EDI: CITICORP | Oct 31 2026 05:18:00 | Citibank NA, Attn: Bankruptcy Dept, P.O. Box 760937, San Antonio, TX 78245-0937 |
| 521309500 | | EDI: CITICORP | Oct 31 2026 05:18:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 521309485 | + | EDI: DISCOVERPL | Oct 31 2026 05:18:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 521309486 | + | EDI: DISCOVER | Oct 31 2026 05:18:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521309488 | | Email/Text: commercialbankruptcy@everonsolutions.com | Oct 31 2026 00:54:00 | Everon, LLC, 4221 W John Carpenter Fwy, Irving, TX 75063 |
| 521309490 | + | Email/Text: bankruptcy@fultonbank.com | Oct 31 2026 00:55:00 | Fulton Bank, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 521309493 | | EDI: IRS.COM | Oct 31 2026 05:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521309499 | | Email/Text: customer.service@libertasfunding.com | Oct 31 2026 00:54:00 | Libertas Funding, 411 West Putnam Ave, Suite 220, Greenwich, CT 06830 |
| 521309503 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2026 00:55:00 | Midland Funding, PO Box 939069, San Diego, CA 92193-9069 |
| 521309507 | ^ | MEBN | Oct 31 2026 00:49:23 | Otis Elevator Company, PO Box 13716, Newark, NJ 07188-0716 |
| 521309515 | ^ | MEBN | Oct 31 2026 00:49:28 | Roundpoint Mortgage, PO Box 985, Mount Airy, NC 27030-0985 |
| 521375401 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 31 2026 00:53:00 | State of New Jersey-Division of Taxation, PO Box 245-Bankruptcy Unit, 5th floor, Trenton, NJ 08695-0245 |
| 521309516 | + | Email/Text: bk@szjlaw.com | Oct 31 2026 00:54:00 | Santander Counsumer USA Inc., 2860 Patton Road, Saint Paul, MN 55113-1100 |
| 521309519 | ^ | MEBN | Oct 31 2026 00:49:13 | State of New Jersey, Office of the Attorney General, Attn Joanne Wilson, Paralegal, PO Box 119, Trenton, NJ 08625-0119 |
| 521309522 | + | Email/Text: cburton@4-superior.com | Oct 31 2026 00:54:00 | Superiro Intergated Solutions, 2147 State Rt. 27, Suite 113, Edison, NJ 08817-3365 |
| 521309523 | + | EDI: SYNC | Oct 31 2026 05:18:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521309524 | + | EDI: SYNC | Oct 31 2026 05:18:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521309530 | + | Email/Text: bankruptcynotices@sba.gov | Oct 31 2026 00:53:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |
| 521309526 | + | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2026 00:55:00 | United State Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 521309535 | | Email/Text: bankruptcy@visionsfcu.org | Oct 31 2026 00:53:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Avenue, Endicott, NY 13760 |
| 521309537 | + | EDI: WFFC2 | Oct 31 2026 05:18:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 521309538 | + | EDI: WFFC2 | Oct 31 2026 05:18:00 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 521309539 | + | EDI: WFFC2 | Oct 31 2026 05:18:00 | Wells Fargo/Bob's Discount Furniture, Wells Fargo Bank, N.A., Attn: Bankrtuptc, P.O. Box 522, Des Moines, IA 50306-0522 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521309460 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521309461 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521309462 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521309459 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., DBA GM Finanicial, PO Box 183853, Arlington, TX 76096 |
| 521396772 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521309479 | *+ | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521309483 | *+ | Dealer Capital Group LLC, 67 Crystal Ave, Floor 2, Avenel, NJ 07001-1125 |
| 521309494 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Section, PO Box 724, Springfield, NJ 07081-0744 |
| 521309527 | *+ | United State Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Debtor Jose E Collado ben@stanzialelaw.com |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Turner Falk | on behalf of Creditor Ferrari Financial Services Inc. turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5